# UNITED STATES DISTRICT COURT
## District of Minnesota

W. Kelley Jackson

V.

Lakewinds Natural Foods

**JUDGMENT IN A CIVIL CASE**

Case Number:  08-398 JNE/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Lakewinds' Motion for Summary Judgment [Docket No. 21] is GRANTED.

2. Jackson's Motion for Summary Judgment [Docket No. 41] is DENIED.

3. The Complaint [Docket No. 1] is DISMISSED WITH PREJUDICE.

4. Lakewinds' counterclaims are DISMISSED WITHOUT PREJUDICE.

|  |  |
|---|---|
| July 29, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/LP Holden |
|  | (By)          LP Holden,   Deputy Clerk |

Form Modified:  09/16/04