# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

---

| | |
|---|---|
| W. Kelley Jackson, | Court File No. 08-398 (JNE/JJG) |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| Lakewinds Natural Foods, | |
| Defendant. | |

---

Notice is hereby given that Plaintiff W. Kelley Jackson hereby appeals to the United States Court of Appeals for the Eight Circuit from the final judgment entered in this action on July 28, 2009.

MANSFIELD, TANICK & COHEN, P.A.

Dated: August 17, 2009    By: /s/ Marshall H. Tanick

Marshall H. Tanick (108303)
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
(612) 339-4295

**ATTORNEYS FOR PLAINTIFF
W. KELLEY JACKSON**

1

U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No.

_____

STYLE OF CASE:

W. Kelley Jackson,

Appellant/Appellee.

vs.

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
612-339-4295

Lakewinds Natural Foods,

Appellant/Appellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Malcolm P. Terry
Meserli & Kramer, P.A.
1800 Fifth Street Towers
150 S. Fifth Street
Minneapolis, MN 55402

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).  [✓] Yes.   [ ] No.

1. Did the trial court err in granting Summary Judgment, dismissing Plaintiff's claim of age discrimination under the ADEA and the Minnesota Human Rights Act?

2. Did the trial court err in granting Summary Judgment, dismissing Plaintiff's claim of sex discrimination under Title VII and the Minnesota Human Rights Act?

FOR LEAD COUNSEL ONLY
I [✓] have ( [ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [✓] is ( [ ] is not ) amenable to settlement.

Submitted by: s/ _____    Aug 17, 2005
Signature of Lead Counsel                    Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov
    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain

U. S. COURT OF APPEALS -EIGHTH CIRCUIT    Appeal Docket No.

APPELLANT'S FORM B

Appeal Information Form

**Make 3 copies of completed form**

CASE NAME (Underline name of Appellee):

IS THE ALIGNMENT OF PARTIES, NAMES, ADDRESSES ,AND TELEPHONE NUMBERS CORRECT ON APPELLANT'S FORM A?

☐ Yes    ☐ No    If no, list corrections below

FOR LEAD COUNSEL ONLY

I    ☐ have    ☐ have not    discussed settlement possibilities on appeal with my client.

This appeal ☐ is ☐ is not) amenable to settlement.

NAME, ADDRESS, AND TELEPHONE NUMBER OF LEAD COUNSEL:

Submitted by _____
                Signature of lead counsel        Date

Copy 1    - Send to Appellant
Copy 2 & 3 - Send to Clerk, Eighth Circuit Court of Appeals
Copy 4    - Retain